UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GASNER, | No. 2:18-cv-2151 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| E. ARNOLD, | |
| Respondent. | |

Petitioner has requested an extension of time to file objections to the court's September 17, 2018 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 10) is granted; and

2. Petitioner's November 26, 2018 objections to the court's September 17, 2018 findings and recommendations are deemed timely.

Dated: November 28, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gasn2151.ext